J-S82018-17

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| HEATH SNYDER | : | |
| | : | |
| Appellant | : | No. 249 WDA 2017 |

Appeal from the Judgment of Sentence October 5, 2016
In the Court of Common Pleas of Bedford County Criminal Division at
No(s): CP-05-CR0000126-2016

BEFORE:  BENDER, P.J.E., STEVENS, P.J.E.,* and STRASSBURGER, J.**

CONCURRING MEMORANDUM BY STRASSBURGER, J.:

**FILED MARCH 6, 2018**

I agree with the Majority that Appellant's notice of appeal was untimely filed, and thus should be quashed.

I write separately to observe that because his notice of appeal was untimely filed, this Court does not have jurisdiction to entertain the appeal. ***See Commonwealth v. Wrecks***, 931 A.2d 717, 720 (Pa. Super. 2007) ("This Court does not have jurisdiction to hear an untimely appeal.").  Consequently, I would not conduct the four-part discretionary-aspects-of-sentencing analysis nor reach the merits of Appellant's claim.[1]

---

[1] I note that twice in its Memorandum, the Majority *in dicta* criticizes the Bedford County District Attorney.  Majority Memorandum at 2 ("…pursuant to a surprisingly lenient plea agreement…"); ***id.*** at 4 ("[T]he Commonwealth surprisingly did not object to Appellant's request[.]").  This Court has a difficult

* Former Justice specially assigned to the Superior Court.
** Retired Senior Judge assigned to the Superior Court.

J-S82018-17

enough task dealing with our heavy caseload that we do not need to perform the District Attorney's job as well.

* Former Justice specially assigned to the Superior Court.
** Retired Senior Judge assigned to the Superior Court.